IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
REY SOTO-SANTIAGO
Defendant

CRIMINAL 09-0374CCC

# O R D E R

Having considered the Report and Recommendation filed on July 8, 2010 (**docket entry 40**) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Camille L. Vélez-Rivé on July 8, 2010, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 8, 2010. The **sentencing hearing is set for October 20, 2010 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on July 19, 2010.

S/CARMEN CONSUELO CEREZO
United States District Judge